# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                              Case No. 05-CR-203

  -vs-

**REGINALD CHAVERS,**

        **Defendant.**

## ORDER

The defendant, Reginald Chavers ("Chavers"), moves this Court to withdraw his guilty plea entered before U.S. District Court Judge J.P. Stadtmueller on January 3, 2006. The court has reviewed the record and Chavers' reasons for withdrawal and finds that Chavers has not presented any facts that rise to the requisite standards for said withdrawal. Chavers' motion is **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of August, 2006.

                                        **SO ORDERED,**

                                        **s/ Rudolph T. Randa**
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**